UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENELLEN JONES,

   Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

   Defendant.

Case No. C12-5177-JCC-JPD

REPORT AND RECOMMENDATION

  The plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 18.

  Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ").  On remand, the ALJ shall conduct an evaluation of the medical and other evidence of record in accordance with Social Security Administration regulations and policy. The ALJ shall reevaluate the plaintiff's credibility pursuant to SSR 96-7p, reevaluate the plaintiff's residual functional capacity pursuant to SSR 96-8p, and provide specific reasons

REPORT AND RECOMMENDATION
PAGE - 1

1  supported by the record for all findings made. The ALJ shall obtain supplemental vocational

2  expert evidence at step four, and, if necessary, step five of the sequential evaluation. Finally, the

3  ALJ shall consider any new evidence submitted and issue a new decision.

4      Upon proper presentation, the Court will consider the plaintiff's application for attorney

5  fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and 406(b), if appropriate. A

6  proposed order accompanies this Report and Recommendation.

7      DATED this 7th day of August, 2012.

                */s/ James P. Donohue*
                JAMES P. DONOHUE
                United States Magistrate Judge