THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENELLEN JONES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-5177-JCC<br><br>ORDER |

The Court, after careful consideration of the plaintiff's complaint (Dkt. No. 3), the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 19), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 19).

(2) The final decision of the Commissioner is REVERSED, and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

//
//
//
//
//

ORDER
PAGE - 1

1    (3) The Clerk is directed to send copies of this Order to the parties and to Judge
2 Donohue.

3    DATED this 8th day of August 2012.

                                    _____
                                    John C. Coughenour
                                    UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2