THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

GENELLEN JONES,

CASE NO. C12-5177-JCC

10

Plaintiff,

ORDER

11

v.

12
13

MICHAEL J. ASTRUE, Commissioner of
Social Security,

14

Defendant.

15      The Court, after careful consideration of the plaintiff's complaint (Dkt. No. 3), the Report
16  and Recommendation of the Honorable James P. Donohue (Dkt. No. 19), and the balance of the
17  record, does hereby find and ORDER:
18      (1) The Court adopts the Report and Recommendation (Dkt. No. 19).
19      (2) The final decision of the Commissioner is REVERSED, and the case is
20  REMANDED to the Social Security Administration for further administrative proceedings
21  consistent with the Report and Recommendation.
22  //
23  //
24  //
25  //
26  //

ORDER
PAGE - 1

1       (3) The Clerk is directed to send copies of this Order to the parties and to Judge

2   Donohue.

3       DATED this 8th day of August 2012.

4

5

6

7                                              John C. Coughenour
                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2